GOLDSMITH & HULL/File #580475
A Professional Corporation
William I. Goldsmith  (SBN 82183)
Michael L. Goldsmith (SBN 291700)
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

```
                FILED
        CLERK, U.S. DISTRICT COURT

              FEB 06 2017

        CENTRAL DISTRICT OF CALIFORNIA
        BY:    GK          DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:16-cv-01925-R-DTBx.rn |
| Plaintiff, | DEFAULT JUDGMENT |
| v. | |
| SANDY SANTOS aka SANDY RODRIGUEZ, | |
| Defendant. | |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) SANDY SANTOS aka SANDY RODRIGUEZ, on **JANUARY 31,2017** for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) SANDY SANTOS aka SANDY RODRIGUEZ, the sum of $2,692.74 principal, $6,249.45 accrued pre-judgment interest, $0.00 penalties/administrative charges, $495.50 court cost, plus $469.27 attorneys fees,

//
//
//
//

1 less credits of $0.00, for a total of $9,906.96 plus interest from February 1, 2017, at
2 the rate of $0.59 per day to date of entry of judgment. Judgment to accrue interest at
3 the legal rate until paid.

DATE: February 6, 2017

KIRY K. GRAY, CLERK OF THE COURT
U.S. District Court Central District of California

BY: _____
DEPUTY CLERK

:P549F